

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, & DNJ

1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

July 14, 2023

Thomas G. Bruton, Clerk of Court
United State District Court
Northern District of Illinois
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Re: Kertesz v. Coloy Tire, et al.

Dear Mr. Bruton,

I hope this letter finds you doing well. I am a counsel for Plaintiff Erik Kertesz in an action presently filed in the District of New Jersey Federal Court, **Civil Action No. No. 20-cv-12364 (JMV) (JBC)**. The New Jersey case is presently before United States Magistrate Judge James B. Clark, III, and United States District Judge Michael Vasquez.

I was admitted to the Northern District of Illinois General Bar on July 12, 2023. I am writing you to request the issuance of a Subpoena for Deposition and a Subpoena to Produce Documents, pursuant to Fed. R. Civ. P. Rule 45.

In the alternative, I am requesting an order referring this matter back to the United States District Court for the District of New Jersey to the attention of United States Magistrate Judge James B. Clark, III, and United States District Judge Michael Vasquez.

Accompanying this letter, you will find Subpoena to attend Deposition and Subpoena to Produce Documents addressed to Northern District of Illinois citizens Nancy Eckrich; and Trustmark. A complete breakdown of the attached documents is as follows:

Nancy Eckrich:
- Letter subpoena dated 7/14/23
- Complete Subpoena from the USDC District of New Jersey[1]
- Complete Subpoena from the USDC Northern District of Illinois
- Exhibit A

---

[1] Please disregard if not necessary. It is provided to show what was previously served on this individual or company.

 



- Notice of Deposition, USDC District of New Jersey[2]
- Notice of Deposition, USDC Northern District of Illinois

Attn: Nancy Eckrich on behalf of Trustmark:
- Letter subpoena dated 7/14/23
- Complete Subpoena from the USDC District of New Jersey[3]
- Complete Subpoena from the USDC Northern District of Illinois
- Exhibit A
- Notice of Deposition, USDC District of New Jersey[4]
- Notice of Deposition, USDC Northern District of Illinois

Please call me if you have any questions at 347-342-7432.

Thank you for your time and consideration,

Respectfully Submitted,

*Tyrone Blackburn, Esq.*

Tyrone A. Blackburn, Esq.

Cc: All counsel of record.

---

[2] Please disregard if not necessary. It is provided to show what was previously served on this individual or company.
[3] Please disregard if not necessary. It is provided to show what was previously served on this individual or company.
[4] Please disregard if not necessary. It is provided to show what was previously served on this individual or company.